UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:23-cr-32-WWB-EJK
    18 U.S.C. § 1701

KATHLEEN FLOYD

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Between in or about February 2021 through in or about March 2021, in the Middle District of Florida, and elsewhere, the defendant,

**KATHLEEN FLOYD,**

did knowingly and willfully obstruct the passage of the mail, to wit: by opening a letter and taking a Target gift card.

In violation of 18 U.S.C. § 1701

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Shannon Laurie
Assistant United States Attorney

By: *[signature]*
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division